NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACORDA THERAPEUTICS INC.,**
*Plaintiff-Appellant,*

**v.**

**APOTEX INC. and APOTEX CORP.,**
*Defendants-Appellees.*

---

2012-1019

---

Appeal from the United States District Court for the District of New Jersey in Case No. 07-CV-4937, Chief Judge Garrett E. Brown, Jr.

---

**JUDGMENT**

---

JAMES B. MONROE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Austin, Texas, argued for plaintiff-appellant. With him on the brief were PAUL W. BROWNING and ANDREA DENISE MAIN. Of counsel on the brief was GREGORY A. CASTANIAS, Jones Day, of Washington, DC.

KEVIN M. NELSON, Locke Lord LLP, of Chicago, Illinois, argued for defendants-appellees. With him on the brief were KEITH D. PARR, SCOTT B. FEDER, HUGH S. BALSAM, and JAMES T. PETERKA. Of counsel on the brief was ALAN B. CLEMENT.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 11, 2012            /s/ Jan Horbaly
     Date                     Jan Horbaly
                                    Clerk